United States District Court
Southern District of Texas
**ENTERED**
March 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SELENE H. BUTANDA, § § Plaintiff, § VS. § BIG LOTS INC., *et al*, § § Defendants. § | § § § CIVIL NO. 2:18-CV-23 § § § § |

## FINAL JUDGMENT

On March 25, 2019, this Court dismissed the above-captioned case with prejudice. Accordingly, the Court **DIRECTS** the Clerk to enter final judgment and close the case.

SIGNED this 25th day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge